# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2015

149425

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EMAD SAGBAN ALZUBAIDY,
      Defendant-Appellant.

SC: 149425
COA: 308409
Wayne CC: 11-008512-FC

_____/

On order of the Court, the application for leave to appeal the April 15, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015



t0325

Clerk